ACCEPTED
04-15-00469-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/17/2015 11:54:43 AM
KEITH HOTTLE
CLERK

NO. 14-15-00469-CV

IN THE FOURTH COURT OF APPEALS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

09/17/2015 11:54:43 AM

KEITH E. HOTTLE
Clerk

**CASH BIZ, LP, CASH ZONE, LLC
D/B/A CASH BIZ and REDWOOD FINANCIALS, LLC**

*Appellants.*

v.

**HIAWATHA HENRY, ADDIE HARRIS, MONTRAY NORRIS,
and ROOSEVELT COLEMAN, JR., on behalf of
themselves and for all other similarly situated**

*Appellees.*

From the 224th Judicial District Court for
Bexar County, Texas, No. 2015-CI-01545

# AGREED MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEF

HANSZEN LAPORTE

Daniel R. Dutko
State Bar No. 24054206
ddutko@hanszenlaporte.com

11767 Katy Freeway, Suite 850
Houston, Texas 77079
Telephone: (713) 522-9444
Facsimile: (713) 524-2850

**COUNSEL FOR APPELLEES**

**ORAL ARGUMENT REQUESTED**

TO THE HONORABLE COURT OF APPEALS:

Appellees Hiawatha Henry, Addie Harris, Montray Norris, and Roosevelt Coleman, Jr., joined by Appellants, Cash Biz, LP, Cash Zone, LLC d/b/a Cash Biz, and Redwood Financial, LLC, present this agreed motion to extend the time to file the Appellees' Brief and to mutually extend the deadline for filing the Appellees' Brief under the authority of TEX. R. APP. P. 38.6(d), 10.1, and 10.5(b)(1) and (3).

1.      Appellees' Brief is due on September 23, 2015. Appellees' counsel is requesting a 10-day extension to file Appellees' Brief to October 5, 2015. In accordance with Rule 10.5(b)(1)(c), the following facts reasonably explain the need for further time. Counsel for the Appellees is involved in other matters, including the following:

a. Three oral hearings on September 21st and 22nd in the following cases:

    i. Cause No. 30959; *Oralia Rodriguez, et al. v. Toyota Motor Corporation, et al.*, In the 63rd Judicial District Court of Val Verde County, Texas;

    ii. Cause No. 14-05-29510-MCV; *Maria Elena Salas, et al. v. Daimler Trucks North America, LLC*, et al.; In the 293rd Judicial District Court of Maverick County, Texas;

iii. Cause No. 15-08-31841-MCVAJA: *In the Matter of V. P. Aldaco a/k/a V. P. Lopez;* In the 365th Judicial District Court of Maverick County, Texas.

b. Additionally, Counsel for the Appellees is currently preparing for trial in both Cause No. 30959; *Oralia Rodriguez, et al. v. Toyota Motor Corporation, et al.*, In the 63rd Judicial District Court of Val Verde County, Texas; and Cause No. 2014-59653; *Unity Search, LLC v. Ignite Restaurant Group*; In the 215th Judicial District Court of Harris County, Texas.

2. Based on these facts, Appellees respectfully request an extension of time of 10 days to file their Brief. With the extension, the Appellees' Brief would be filed on or before October 5, 2015.

3. No previous extensions have been sought by Appellees.

4. Appellees apologize to the court for any delay or inconvenience the necessity for an extension may cause.

5. This motion is agreed to by all parties. This request is not sought for delay, but in order that justice may be done.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellees, joined by the Appellants, ask this Honorable Court to grant an extension of 10 days, until

October 5, 2015 to file the Appellees' Brief. Appellees and Appellants pray for any other relief to which they may be entitled.

Respectfully submitted,

**HANSZEN LAPORTE**

*/s/ Daniel R. Dutko*

By: _____

Daniel Dutko
State Bar No24054206
ddutko@hanszenlaporte.com
11767 Katy Freeway, Suite 850
Houston, Texas 77079
713-522-9444
713-524-2580
**Attorneys for the Appellees**

**COATS, ROSE, YALE, RYMAN & LEE, P.C.**

*/s/ Edward S. Hubbard, by permission DRD*

By: _____

Edward S. Hubbard
State Bar No. 10131700
ehubbard@coatsrose.com
Patrick E. Gaas
State Bar No. 07562790
pgass@coatsrose.com
Sam Arora
State Bar No. 24034287
sarora@coatsrose.com
9 Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
(713) 651-0111
(713) 651-0220 facsimile
**Attorneys for the Appellants**

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing instrument has been served upon all counsel of records, listed below, by electronic service, e-mail, certified mail, return receipt requested, or by facsimile, or by hand delivery of same on the 17th day of September, 2015.

Edward S. Hubbard                                    ***Via E-Service: E-file Texas***
Patrick E. Gaas
Sam Arora
COATS, ROSE, YALE, RYMAN & LEE, P.C.
9 Greenway Plaza, Suite 1100
Houston, Texas  77046-0307

*/s/ Daniel R. Dutko*

_____
Daniel R. Dutko